**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ROBERT MORRIS PYLE**                                                    **PLAINTIFF**

**VS.**                              **NO. 3:05CV000123 JMM/HDY**

**KELVIN BROWN, ET AL.**                                            **DEFENDANT**


**<u>ORDER</u>**


 Pending before the Court is the Report and Recommendation submitted by Magistrate Judge H. D. Young, proposing that this matter be dismissed because the Plaintiff has failed to comply with the Order of June 13, 2005, which gave him 30 days from the entry of that order to submit either $250.00 statutory filing fee or to complete and sign the in forma pauperis application. That order and IFP application with calculation sheet was sent to Robert Morris Pyle and returned, as the mail was undeliverable (#4). The Report and Recommendation was also returned to the United States District Clerk's office as undeliverable (#8).

 Therefore, the United States District Clerk is ordered to send the Order of June 13, 2005, (#3), and IFP application with calculation sheet, along with the Report and Recommendations of July 25, 2005 (#6), and a copy of this Order to the Plaintiff at the following address: 5323 Harrisburg Road, Jonesboro, AR 72404.

 The Plaintiff is directed to respond within 11 days of the date of this order. Failure to respond within 11 days from this date will result in the adoption of the proposed recommendations of the United States Magistrate Judge.

Further, Plaintiff shall inform the Court in writing as to whether he is still being held in the Craighead County Detention Center, and if not, the date of his release.

**IT IS SO ORDERED this 11th day of August, 2005.**


_____
**James M. Moody**
**United States District Judge**