**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

ROBERT MORRIS PYLE                                                                                   PLAINTIFF

V.                                    NO: 3:05CV000123 JMM/HDY

CRAIGHEAD COUNTY
DETENTION CENTER, *et al.*
                                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's Complaint (docket entry #1), is DISMISSED WITHOUT PREJUDICE.

DATED this   25   day of   August , 2005.

_____
UNITED STATES DISTRICT JUDGE